IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, ACTING IN ITS CAPACITY AS LIQUIDATING AGENT FOR ST. PAUL CROATIAN FEDERAL CREDIT UNION,<br><br>      Plaintiff,<br><br>v.<br><br>SAKO SATKA<br><br>      Defendant. | CASE NO. 1:12-cv-00691<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRE-JUDGMENT ATTACHMENT OF PROPERTY** |

Now before the Court is the Unopposed Motion of the Plaintiff, the National Credit Union Administration Board, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union, for Pre-Judgment Attachment of Property. Pursuant to Federal Rule of Civil Procedure 65 and 12 U.S.C. §1787(b)(2)(G), Plaintiff has requested that the Court place the real property commonly known as 13405 Lake Avenue, Lakewood, Ohio 44107 having Parcel No. 312-24-001[1] (the "Property") titled to Defendant Sako Satka and Firdeo Satka, his son, under the control of the Trustee appointed by the Court. The Court previously granted Plaintiff's

---

[1] The legal description of the property known as 13405 Lake Avenue, Lakewood, Ohio 44107 is attached as Exhibit A.

Unopposed Motion for Pre-Judgment Attachment of Property through an Order (Non-Document), and supplements such prior Order with this written Order.

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Pre-Judgment Attachment of Property in accordance with Federal Rule of Civil Procedure 65 and 12 U.S.C. §1787(b)(2)(G), is GRANTED.

**IT IS FURTHER ORDERED** that the Property be placed under the control of the Court and that Dean Barrett of Corporate Management Solutions be appointed as Trustee to hold such asset and be authorized and responsible for preventing the sale, transfer and other disposition of the Property, including any further encumbrances upon the property.

**IT IS FURTHER ORDERED** that Plaintiff, National Credit Union Administration Board, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union, will pay: (1) the Trustee as the rate of $295.00 per hour; (2) a property manager at the rate of $155 per hour; (3) support staff at rates between $55 per hour and $75 per hour.

**IT IS FURTHER ORDERED** that Cuyahoga County Fiscal Officer, Recorded Documents Office is hereby required to record this Order.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 65, and 12 U.S.C. §1787(b)(1)(B)(2), bond is hereby waived.

**IT IS SO ORDERED.**

Date: 5/29/12                    /s/ Patricia A. Gaughan
                                  PATRICIA A. GAUGHAN