IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union ) ) ) ) ) | CASE NO.  1:12-cv-00691 <br><br> JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, ) | |
| ) <br> v. ) ) ) <br> SAKO SATKA, *et al*. ) ) <br> Defendants. ) ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR PRE-JUDGMENT ATTACHMENT OF PROPERTY (ECF #37)** |

This matter is before the Court upon the Motion of the Plaintiff, the National Credit Union Administration Board, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union, for the pre-judgment attachment of certain property identified in the Plaintiff's Motion (ECF #37).  In particular, pursuant to Federal Rule of Civil Procedure 65 and 12 U.S.C. §1787(b)(2)(G), Plaintiff has requested that the Court place the real property commonly known as 1020 Bolivar Avenue, Unit #1, Cleveland, Ohio 44115 having Parcel No. 101-38-301[1] (the "Property") under the control of the Trustee appointed by the Court.  For good cause shown, the Plaintiff's Motion is well taken and is hereby GRANTED as follows:[2]

---

[1] The legal description of the property known as 1020 Bolivar Avenue, Unit #1, Cleveland, Ohio 44115 is attached as <u>Exhibit A</u>.

[2] The Court previously granted Plaintiff's Motion for Pre-Judgment Attachment of Property through an Order (Non-Document), and supplements such prior Order with this written Order.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Pre-Judgment Attachment of Property, in accordance with Federal Rule of Civil Procedure 65 and 12 U.S.C. §1787(b)(2)(G), is granted based on the evidence and legal authorities set forth in the Motion (ECF #37).

**IT IS FURTHER ORDERED** that the Property be placed under the control of the Court and that Dean Barrett of Corporate Management Solutions be appointed as Trustee to hold such asset and be authorized and responsible for preventing the sale, transfer and other disposition of the Property, including any further encumbrances upon the Property.

**IT IS FURTHER ORDERED** that Plaintiff, National Credit Union Administration Board, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union, will pay: (1) the Trustee as the rate of $295.00 per hour; (2) a property manager at the rate of $155 per hour; (3) support staff at rates between $55 per hour and $75 per hour.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 65, and 12 U.S.C. §1787(b)(1)(B)(2), bond is hereby waived.

**IT IS SO ORDERED.**

Date: 4/25/13

/s/ Patricia A. Gaughan
JUDGE PATRICIA A. GAUGHAN