IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union, | ) ) ) ) ) | CASE NO.   1:12-cv-00691-PAG<br><br>JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) | **NOTICE OF STAY** |
| v. | ) ) | |
| SAKO SATKA, *et al.* | ) ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that on December 26, 2016, Defendant Firdeo Satka filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.  A copy of the bankruptcy case docket is attached hereto and incorporated herein by reference.

Respectfully submitted,

*/s/ Matthew C. Miller*
Randy L. Taylor (0069529)
Samuel J. Lauricia III (0078158)
Matthew C. Miller (0084977)
**WESTON HURD LLP**
The Tower at Erieview
1301 E. 9th Street, Suite 1900
Cleveland, Ohio 44114
Phone:  216-241-6602; Fax:  216-641-8369
E-mail:  Rtaylor@westonhurd.com
            Slauricia@westonhurd.com
            Mmiller@westonhurd.com
*Counsel for Plaintiff, the National Credit Union Administration Board, acting in its capacity as Liquidating Agent for St. Paul Croatian Federal Credit Union*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was served via the Court's electronic filing system on January 3, 2017, upon all parties and representatives of record.

                                                  */s/ Matthew C. Miller*
                                                  Randy L. Taylor (0069529)
                                                  Samuel J. Lauricia III (0078158)
                                                  Matthew C. Miller (0084977)