# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **National Credit Union Administration Board,** | ) | **CASE NO. 1:12 CV 691** |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| vs. | ) | |
| **Saka Satka, et al.,** | ) | **Order of Stay** |
| Defendants. | ) | |

The Court has been informed that a petition has been filed by defendant Firdeo Satka under Chapter 13 of the United States Bankruptcy Code and that an automatic stay is warranted under Section 362 of the Bankruptcy Code. Accordingly, further proceedings in the within case are hereby perpetually stayed and the within case is hereby **CLOSED**, subject to reopening upon written motion of plaintiff or any other proper party in interest, after the bankruptcy case is closed or dismissed, a discharge in bankruptcy is granted or denied, or there is a granting of relief from the stay imposed by Section 362.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated: 1/5/17  United States District Judge